# Joseph R. REID, Jr., Plaintiff—Appellant,

v.

# Frank MCGUIRT, Sheriff of Union County; Sandra Rowell, a/k/a Sandra J. Dupre; Stephen Goodwin; Pat S. Robinson, Defendants—Appellees.

## No. 04–6482.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 14, 2004.

Decided Oct. 19, 2004.

Joseph R. Reid, Jr., Appellant pro se.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Joseph R. Reid, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. *See Reid v. McGuirt,* No. CA–03–602 (W.D.N.C. Jan. 7, 2004). We deny Reid's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*